## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **JAMES PRESTIGIACOMO,** <br> **JACQUELINE CHILCOTE, LATONYA** <br> **HINES, and COLLEEN MCNEAL** <br><br>         **Plaintiffs,** <br><br>    **vs.** <br><br> **KFC CORPORATION,** <br>         **Defendant.** | **C.A. No.** <br><br><br> **JURY TRIAL DEMANDED** |

### COMPLAINT

Plaintiffs James Prestigiacomo, Jacqueline Chilcote, Latonya Hines, and Colleen McNeal ("Plaintiffs"), by and through their attorneys, for their Complaint against Defendant KFC Corporation ("Defendant"), state as follows:

### JURISDICTION

1.    The violations asserted herein occurred within the state of Delaware where Plaintiffs worked for Defendant.

2.    This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331 to hear this Complaint and to adjudicate the claims stated herein. This action is being brought under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq.*

### VENUE

3.    Venue is proper in the District of Delaware under 28 U.S.C. § 1391(b), because a substantial part of the events or omissions giving rise to the claims occurred in this District.

### THE PARTIES

4.    Plaintiffs are or were residents of Delaware during the applicable statute of limitations and worked as assistant unit managers for Defendant's KFC base and KFC multi-brand restaurants in Delaware during the applicable statute of limitations. Plaintiffs were "employees" of Defendant as defined by the FLSA, 29 U.S.C. § 203(e)(1). Plaintiffs bring their individual claims collectively through this action.

5.    Defendant is a domestic corporation with its principle place of business in Louisville, Kentucky. Defendant operates numerous KFC base and KFC multi-brand restaurants across the country, including restaurants in Delaware. Defendant is an "employer" within the meaning of the FLSA, 29 U.S.C. § 203 (d).

## FACTUAL ALLEGATIONS

6.    During the statutory period, Plaintiffs worked as assistant unit managers in several of Defendant's KFC base and KFC multi-brand restaurants. As assistant unit managers, the primary duties of Plaintiffs were cleaning, taking orders, servicing customers, and preparing, cooking, and packaging food. Plaintiffs spent a vast majority of their work-time performing such duties.

7.    During the statutory period, Defendant directed Plaintiffs to work in excess of forty (40) hours per week, and Plaintiffs customarily worked in excess of forty (40) hours per week. Defendant typically scheduled Plaintiffs to work a minimum of fifty (50) hours per week.

8.    Defendant failed to compensate Plaintiffs at a rate of one and one-half times their regular hourly rate of pay for all time worked in excess of forty (40) hours in individual work weeks.

2

## COUNT I

## VIOLATION OF THE FAIR LABOR STANDARDS ACT

9.    By reference hereto, Plaintiffs hereby incorporate the foregoing paragraphs.

10.    Defendant is required by the FLSA, 29 U.S.C. § 207, to pay wages to Plaintiffs at a rate no less than one and one-half times their regular hourly rate of pay for all time worked in excess of forty (40) hours in individual workweeks.

11.    Defendant improperly classified Plaintiffs as exempt under the overtime wage provisions of the FLSA, 29 U.S.C. § 207.

12.    Defendant willfully failed and refused to pay Plaintiffs overtime wages for all hours worked in excess of forty (40) hours per week.

13.    Defendant's willful failure and refusal to pay Plaintiffs overtime wages for all time worked in excess of forty (40) hours per week in individual workweeks violates the FLSA, 29 U.S.C. §§ 207, and 255.

14.    As a result of these unlawful practices, Plaintiffs suffered a loss of wages and are therefore entitled to recover unpaid wages for up to three years prior to the initial filing of their claims.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs demand:

1.    Judgment against Defendant for an amount equal to Plaintiffs' unpaid back wages at the applicable overtime rates;

2.    Judgment against Defendant that its violations of the FLSA were willful;

3.    An equal amount to the overtime damages as liquidated damages;

4.    To the extent liquidated damages are not awarded, an award of prejudgment

3

interest;

5.  All costs and attorneys' fees incurred prosecuting these claims; and

6.  For such further relief as the Court deems just and equitable.

Dated: _____                        MARTIN & WILSON, PA

                                         s/Timothy J. Wilson
                                         Jeff K. Martin, DE Bar No. 2407
                                         Timothy J. Wilson, DE Bar No. 4323
                                         1509 Gilpin Ave.
                                         Wilmington, DE 19806
                                         (302) 777-4681

                                         NICHOLS KASTER & ANDERSON, PLLP
                                         Donald H. Nichols, MN Bar No. 78918
                                         Paul J. Lukas, MN Bar No. 22084X
                                         Michele R. Fisher, MN Bar No. 303069
                                         4600 IDS Center
                                         80 South 8th Street
                                         Minneapolis, MN  55402
                                         Telephone (612) 256-3200
                                         Fax (612) 218-4870

                                         ATTORNEYS FOR PLAINTIFFS

# EXHIBIT A

**PARLER et al. v. KFC CORPORATION**
**PLAINTIFF CONSENT FORM**

I hereby consent to join the lawsuit captioned *Parler et al. v. KFC Corporation*, Court File No. 05-2198 PAM/JJG (D. Minn.) as a Plaintiff to assert claims against Defendant KFC Corporation for alleged violations of the overtime requirements of the Fair Labor Standards Act, 29 U.S.C. § 207. During the past three years, there were occasions when I worked over 40 hours per week for KFC Corporation as an assistant unit manager when I did not receive overtime compensation.

00003094
739
JACQUELINE CHILCOTE

*If any of the information above has changed, please update.*

Signature                              Date  03/21/2006

REDACTED

Fax or Mail to:        **Rust Consulting, Inc.**
                       **P.O. Box 1342**
                       **Minneapolis, MN 55440-1342**
                       **Fax: (612) 359-2050**

*Any questions should not be directed to Rust Consulting, Inc., but rather to Plaintiffs' Counsel, Nichols Kaster & Anderson, 4<sup></sup> IDS Center, 80 South 8th Street, Minneapolis, MN 55402, Toll Free Telephone (877) 448-0492, email fisher@nka.com.*

1
Consent Form

NKA010746                                      10245-01

**PARLER et al. v. KFC CORPORATION**
**PLAINTIFF CONSENT FORM**

I hereby consent to join the lawsuit captioned *Parler et al. v. KFC Corporation*, Court File No. 05-2198 PAM/JJG (D. Minn.) as a Plaintiff to assert claims against Defendant KFC Corporation for alleged violations of the overtime requirements of the Fair Labor Standards Act, 29 U.S.C. § 207. During the past three years, there were occasions when I worked over 40 hours per week for KFC Corporation as an assistant unit manager when I did not receive overtime compensation.

C0003148
314
LATONYA HINES

REDACTED

*If any of the information above has changed, please update.*

Signature _____  Date  2 / 20 / 2006

REDACTED

Fax or Mail to:         **Rust Consulting, Inc.**
                    **P.O. Box 1342**
                    **Minneapolis, MN 55440-1342**
                    **Fax: (612) 359-2050**

*Any questions should not be directed to Rust Consulting, Inc., but rather to Plaintiffs' Counsel, Nichols Kaster & Anderson, 46 IDS Center, 80 South 8th Street, Minneapolis, MN 55402, Toll Free Telephone (877) 448-0492, email fisher@nka.com.

1
Consent Form

NKA013692

10245-01

## KFC CORPORATION
### PLAINTIFF CONSENT FORM

I previously joined the lawsuit captioned *Parler et al. v. KFC Corporation*, Court File No. 05-2198 PJS/JJG (D. Minn.). I would like to continue with my overtime claim against KFC Corporation, and hereby consent to join the subsequent action filed as a result of the court's decertification of the initial action I joined.

**Colleen McNeal**

REDACTED

*If any of the information above has changed, please update.*

Signature _____  Date  0 3 , 2 8 , 2 0 0 7

REDACTED

**Fax, Mail or Email to:**      **Nichols Kaster & Anderson, PLLP**
**Attn. Michele Fisher**
**4600 IDS Center, 80 South Eighth Street**
**Minneapolis, MN 55402-2242**
**Fax: (612) 215-6870**
**Toll Free Telephone: (877) 448-0492**
**Email fisher@nka.com**
**www.overtimecases.com**

NKA079699

## KFC CORPORATION
## PLAINTIFF CONSENT FORM

I previously joined the lawsuit captioned *Parler et al. v. KFC Corporation*, Court File No. 05-2198 PJS/JJG (D. Minn.). I would like to continue with my overtime claim against KFC Corporation, and hereby consent to join the subsequent action filed as a result of the court's decertification of the initial action I joined.

**James Prestigiacomo**

REDACTED

*If any of the information above has changed, please update.*

James Prestigiacomo _____     03/05/2007
Signature

REDACTED

Fax, Mail or Email to:     Nichols Kaster & Anderson, PLLP
Attn. Michele Fisher
4600 IDS Center, 80 South Eighth Street
Minneapolis, MN 55402-2242
Fax: (612) 215-6870
Toll Free Telephone: (877) 448-0492
Email fisher@nka.com
www.overtimecases.com

NKA079294

%JS 44  (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

| I. (a)  PLAINTIFFS | DEFENDANTS |
|---|---|
| James Prestigiacomo, et al. | KFC Corporation |

| **(b)**  County of Residence of First Listed Plaintiff   Kent County | County of Residence of First Listed Defendant _____ |
|---|---|
| (EXCEPT IN U.S. PLAINTIFF CASES) | (IN U.S. PLAINTIFF CASES ONLY)<br>NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE<br>LAND INVOLVED. |

| **(c)**  Attorney's (Firm Name, Address, and Telephone Number) | Attorneys (If Known) |
|---|---|
| Jeff Martin and Timothy Wilson, MARTIN & WILSON, PA<br>1509 Gilpin Ave. Wilmington, DE 19806, (302) 777-4681 | Robert Davis & Robert Varnell of Mayer Brown Rowe & Maw, 1909<br>K Street, N.W.  Suite 1200, Washington D.C. 20006  (202) 263-3361 |

| II.  BASIS OF JURISDICTION (Place an "X" in One Box Only) | III.  CITIZENSHIP OF PRINCIPAL PARTIES(Place an "X" in One Box for Plaintiff<br>(For Diversity Cases Only)  and One Box for Defendant) |
|---|---|

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1  U.S. Government Plaintiff
- ☒ 3  Federal Question (U.S. Government Not a Party)
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV.  NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers' Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury | **PERSONAL INJURY**<br>☐ 362 Personal Injury - Med. Malpractice<br>☐ 365 Personal Injury - Product Liability<br>☐ 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | ☐ 610 Agriculture<br>☐ 620 Other Food & Drug<br>☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 630 Liquor Laws<br>☐ 640 R.R. & Truck<br>☐ 650 Airline Regs.<br>☐ 660 Occupational Safety/Health<br>☐ 690 Other<br>**LABOR**<br>☒ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt.Reporting & Disclosure Act<br>☐ 740 Railway Labor Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark<br>**SOCIAL SECURITY**<br>☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g))<br>**FEDERAL TAX SUITS**<br>☐ 870 Taxes (U.S. Plaintiff or Defendant)<br>☐ 871 IRS—Third Party 26 USC 7609 | ☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Sat TV<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 875 Customer Challenge 12 USC 3410<br>☐ 890 Other Statutory Actions<br>☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 895 Freedom of Information Act<br>☐ 900Appeal of Fee Determination Under Equal Access to Justice<br>☐ 950 Constitutionality of State Statutes |
| **REAL PROPERTY**<br>☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | **CIVIL RIGHTS**<br>☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/ Accommodations<br>☐ 444 Welfare<br>☐ 445 Amer. w/Disabilities - Employment<br>☐ 446 Amer. w/Disabilities - Other<br>☐ 440 Other Civil Rights | **PRISONER PETITIONS**<br>☐ 510 Motions to Vacate Sentence<br>**Habeas Corpus:**<br>☐ 530 General<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition | | | |

**V.  ORIGIN** (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**  
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):  
29 U.S.C. § 201, et seq.  
Brief description of cause:  
Unpaid Overtime Compensation

**VII. REQUESTED IN COMPLAINT:**  
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23  
DEMAND $  
CHECK YES only if demanded in complaint:  
JURY DEMAND: ☒ Yes  ☐ No

**VIII. RELATED CASE(S) IF ANY**  (See instructions):  JUDGE _____  DOCKET NUMBER _____

DATE _____  SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. _____ 0 7 - 3 5 3 ___

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ___3___ COPIES OF AO FORM 85.

__6/5/07__
(Date forms issued)

_____
(Signature of Party or their Representative)

Stephen A. Sabatino
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action