IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| James Prestigiacomo, Jacqueline Chilcote, Latonya Hines, and Colleen McNeal, collectively,<br><br>    Plaintiffs,<br><br>vs.<br><br>KFC Corporation,<br><br>    Defendant. | Case No.:<br><br>**MOTION AND ORDER<br>FOR ADMISSION PRO HAC VICE** |

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Donald H. Nichols to represent Plaintiffs in this matter.

Signed: _____
Jeff Martin, DE Bar No. 2407
Timothy Wilson, DE Bar No. 4323
Martin & Wilson, PA
1509 Gilpin Ave.
Wilmington, DE 19806
(302) 777-4681
Attorney for: Plaintiffs

Date: 06/07/07

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____       _____
                                                           United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Minnesota and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Signed: _____
Donald H. Nichols

Date: 5/15/07

Nichols Kaster & Anderson, PLLP
80 South 8th Street, Suite 4600
Minneapolis, MN 55402