IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES PRESTIGIACOMO, JACQUELINE CHILCOTE, LATONYA HINES, and COLLEEN McNEAL,<br><br>        Plaintiffs,<br><br>        v.<br><br>KFC CORPORATION,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)   Case No.: 1:07-cv-00353-***<br>)<br>)<br>)   JURY TRIAL DEMANDED<br>)<br>)<br>)<br>)<br>) |

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant KFC Corporation, by and through its undersigned attorneys, states as follows.

KFC Corporation is a subsidiary of KFC Holding Co. No other publicly held company has an ownership interest of 10% or more in KFC Corporation. KFC Holding Co. is a subsidiary of Yum! Brands, Inc., a publicly traded company.

Dated: June 26, 2007

KLEHR, HARRISON, HARVEY,
BRANZBURG & ELLERS LLP

By: _____
Joanne B. Wills (DE Bar No. 2357)
David S. Eagle (DE Bar No. 3387)
Kelly A. Green (DE Bar No. 4095)
919 N. Market Street, Suite 1000
Wilmington, DE 19801
(302) 426-1189
Attorneys for KFC Corporation

## CERTIFICATE OF SERVICE

I, Kelly A. Green, hereby certify that on June 26, 2007, two copies of the foregoing Corporate Disclosure Statement of Defendant were served upon counsel listed below in the manner indicated:

### VIA HAND DELIVERY

**Jeff Martin, Esq.**
**Timothy J. Wilson, Esq.**
**Martin & Wilson, P.A.**
**1509 Gilpin Avenue**
**Wilmington, Delaware 19806**

*Kelly A. Green*
Kelly A. Green (DE Bar No. 4095)

DEL1 66550-1