## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

JAMES PRESTIGIACOMO,　　　　　　)
JACQUELINE CHILCOTE,　　　　　　)
LATONYA HINES, and COLLEEN　　　)
McNEAL,　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　)　　Case No.: 1:07-cv-00353-***
　　　　　　　　　Plaintiffs,　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　　v.　　　　　　　　　　)　　JURY TRIAL DEMANDED
　　　　　　　　　　　　　　　　　)
KFC CORPORATION,　　　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　　　　　Defendant.　　　　)

## MOTION PURSUANT TO LOCAL DISTRICT COURT RULE 83.5(c) FOR
## ADMISSION OF DIANA L. HOOVER, ESQUIRE PRO HAC VICE

Joanne B. Wills (the "Movant"), a member in good standing of the bar of the State of

Delaware, an attorney admitted to practice before the United States District Court for the District

of Delaware and a partner of the law firm of Klehr, Harrison, Harvey, Branzburg & Ellers LLP,

hereby moves this Court to enter an order permitting Diana L. Hoover, Esquire of the firm of

Mayer, Brown, Rowe & Maw LLP, to practice <u>pro hac vice</u> before this Court to act as co-counsel

to Defendant KFC Corporation in the above-captioned action, pursuant to Local District Court

Rule 83.5(c).  In support of this motion, the Movant respectfully represents as follows:

　　　　1.　　　Diana L. Hoover is a member in good standing of the Bar of the State of Texas.

She is also admitted in the District Courts for the Southern District of Texas, Northern District of

Texas, Eastern District of Texas, Western District of Texas and the District of Colorado.

　　　　2.　　　Ms. Hoover does not reside in Delaware; is not regularly employed in Delaware;

and is not regularly engaged in business, professional, or other similar activities in Delaware.

DEL1 66541-1

3.      Pursuant to Local District Court Rule 83.5(d), Ms. Hoover has become associated with Movant, who is a member of this Court and who maintains an office in the District of Delaware for the regular transaction of business.

4.      Pursuant to Local District Court Rule 83.6(i), attached hereto as Exhibit "A" is the certificate of Ms. Hoover.

5.      Movant respectfully requests that the Court grant this motion so that Ms. Hoover can appear and be heard at any hearings with respect to the above-captioned action.

**WHEREFORE**, Movant respectfully requests that the Court enter an order, in the form filed concurrently herewith, permitting Diana L. Hoover, Esquire to appear <u>pro hac vice</u> in association with the Movant as co-counsel to KFC Corporation in the above-captioned action, and granting such other further relief as the Court deems just and proper.

Dated:  June 26, 2007                    KLEHR, HARRISON, HARVEY,
                                         BRANZBURG & ELLERS LLP


By:  _Joanne B. Wills_____
        Joanne B. Wills (DE Bar No. 2357)
        David S. Eagle (DE Bar No. 3387)
        Kelly A. Green (DE Bar No. 4095)
        919 N. Market Street, Suite 1000
        Wilmington, DE  19801
        (302) 426-1189

        Attorneys for KFC Corporation

-2-

DEL1 66541-1

**EXHIBIT A**

The undersigned certifies that she is eligible for admission to this Court as follows:

1.     I am a member in good standing of the Bar of the State of Texas.  I am also admitted in the District Courts for the Southern District of Texas, Northern District of Texas, Eastern District of Texas, Western District of Texas and the District of Colorado.

2.     I voluntarily submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, the above captioned action, as provided in Local District Court Rule 83.6(i), and have access to, or have acquired, a copy of the Local Rules of this Court and am generally familiar with such rules.

3.     In accordance with Standing Order for District Court Fund effective January 1, 2005, I certify that the annual fee of $25.00 will be submitted to the clerk's office upon the filing of this motion.

Diana L. Hoover
MAYER, BROWN, ROWE & MAW LLP
700 Louisiana Street
Suite 3400
Houston, Texas  77002
(713) 238-3000

Dated:  June 25, 2007

DEL1 66541-1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

JAMES PRESTIGIACOMO,⠀⠀⠀⠀⠀⠀)
JACQUELINE CHILCOTE,⠀⠀⠀⠀⠀⠀)
LATONYA HINES, and COLLEEN⠀)
McNEAL,⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)⠀⠀Case No.: 1:07-cv-00353-***
⠀⠀⠀⠀⠀⠀⠀⠀⠀Plaintiffs,⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀v.⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)⠀⠀<u>JURY TRIAL DEMANDED</u>
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
KFC CORPORATION,⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀Defendant.⠀⠀⠀⠀⠀)

## ORDER GRANTING MOTION PURSUANT TO LOCAL
## DISTRICT COURT RULE 83.5(c) FOR ADMISSION OF
## DIANA L. HOOVER, ESQUIRE PRO HAC VICE

Upon the motion of Joanne B. Wills of Klehr, Harrison, Harvey, Branzburg & Ellers LLP

(the "Movant"), pursuant to Local District Court Rule 83.5(c), for the admission <u>pro hac vice</u> of

Diana L. Hoover, Esquire of Mayer, Brown, Rowe & Maw LLP, due and proper notice having

been given under the circumstances; and other good cause appearing;

**IT IS HEREBY ORDERED THAT** Diana L. Hoover, Esquire is permitted to appear

<u>pro hac vice</u> in association with Movant as co-counsel to Defendant KFC Corporation in the

above-captioned action.

⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀_____
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀United States District Court Judge

Dated: _____

DEL1 66541-1

## CERTIFICATE OF SERVICE

I, Kelly A. Green, hereby certify that on June 26, 2007, two copies of the foregoing

Motion Pursuant to Local District Court Rule 83.5(c) for Admission of Diana L. Hoover, Esquire

Pro Hac Vice were served upon counsel listed below in the manner indicated:

### VIA HAND DELIVERY

**Jeff Martin, Esq.**
**Timothy J. Wilson, Esq.**
**Martin & Wilson, P.A.**
**1509 Gilpin Avenue**
**Wilmington, Delaware 19806**

*Kelly A Green*
Kelly A. Green (DE Bar No. 4095)

DEL1 66541-1