# KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS LLP
### ATTORNEYS AT LAW

**DAVID S. EAGLE**
Direct Dial: (302) 426-1189
e-mail: DEAGLE@KLEHR.COM

919 MARKET STREET
SUITE 1000
WILMINGTON, DELAWARE 19801-3062

(302) 426-1189
FAX (302) 426-9193

www.klehr.com

**New Jersey Office**
457 Haddonfield Road
Suite 510
Cherry Hill, New Jersey 08002-2220
(856) 486-7900

**Philadelphia Office**
260 South Broad Street
Philadelphia, Pennsylvania 19102-5003
(215) 568-6060

**August 2, 2007**

**VIA ELECTRONIC FILING AND HAND DELIVERY**

Magistrate Judge Mary Pat Thynge
United States District Court for the District of Delaware
844 King Street
Room 6100, Lock Box 8
Wilmington, DE 19801

Re: *James Prestigiacomo et al. v. KFC Corporation*, No. 07-353,
**In the United States District Court for the District of Delaware**

Dear Magistrate Judge Thynge:

Enclosed please find a report of the parties' Rule 26(f) conference in the above-referenced case. Unfortunately, the parties were not able to reach agreement on dates to propose pursuant to the Court's draft Rule 16 Scheduling Order. As a result, the parties herein submit a report of their competing proposals in the format intended to be most efficient for setting forth the parties' differences. We understand that Plaintiffs have approved the form of this report, but we have not received final confirmation from local counsel that we may sign on local counsel's behalf.

The parties understand that this format differs from that contemplated by Your Honor's Order of June 27, 2007 enclosing a draft Rule 16 Scheduling Order, but feel that it will best facilitate discussion at the Rule 16 Scheduling Conference in this matter.

Should Your Honor have any questions concerning this matter, we are available at the Court's convenience.

Respectfully,

David S. Eagle (DE Bar # 3387)

DEL1 66775-2

**KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS LLP**

Magistrate Judge Mary Pat Thynge
August 2, 2007
Page 2

DSE/spd

cc:   Clerk of the Court (via e-filing & hand delivery)
      Counsel of Record (via e-filing)

DEL1 66775-2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES PRESTIGIACOMO, et al., ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | C.A. No. 1:07-353 UNA |
| ) | |
| KFC CORPORATION, ) | |
| Defendant. ) | |

## RULE 26(f) REPORT OF PARTIES' PLANNING MEETING

Pursuant to Fed. R. Civ. P. 26(f), a teleconference meeting was held on August 1, 2007 between:

Michele R. Fisher of Nichols Kaster & Anderson, PLLP, on behalf of Plaintiffs and Rebecca Stewart of Mayer, Brown, Rowe & Maw, LLP, on behalf of Defendant KFC Corporation.

1. **Pre-Discovery Disclosures.** The parties will exchange by August 15, 2007 the information required by Fed. R. Civ. P. 26(a)(1).

2. **Discovery Plan.**

**Plaintiffs propose to the Court the following discovery plan:**

    a. Discovery will be needed on the following subjects:

- Whether Plaintiffs were properly classified as exempt.
- How many overtime hours Plaintiffs worked.
- Whether Defendants' conduct was willful and not in good faith.
- Whether Plaintiffs are similarly situated.

    b. All discovery commenced in time to be completed by February 1, 2007.

    c. Maximum of 25 interrogatories by each party to any other party.

  d. Maximum of <u>10</u> requests for admission by each party to any other party.

  e. Maximum of <u>10</u> depositions per party.

  f. Each deposition limited to maximum of <u>7</u> hours unless extended by agreement of parties.

  g. Reports from retained experts under Rule 26(a)(2) due:

  from Plaintiff(s) by <u>December 3, 2007.</u>

  from Defendant(s) by <u>December 21, 2007.</u>

**Defendant proposes to the Court the following:**

  KFC believes that setting any dates or limits upon discovery is premature at this time because it is impossible to know right now whether this action will proceed on behalf of a single individual or as a collective action under the FLSA. In September 2005, a group of KFC Assistant Unit Managers ("AUMs") commenced a putative nationwide collective action in the United States District Court for the District of Minnesota, alleging that KFC had violated the Fair Labor Standards Act ("FLSA" or "the Act"), 29 U.S.C. § 201 *et seq.*, by failing to pay overtime to AUMs at its restaurants. *Parler v. KFC Corp.*, Civ. No. 05-2198-PJS-JJG, D. Minn. In October 2006, Plaintiffs asked the *Parler* Court to decertify the conditionally certified collective action; the court granted the motion to decertify and dismissed from the case without prejudice all of the plaintiffs except the lead plaintiff, Christian Parler. These plaintiffs thus far have refiled their claims in 25 federal courts, including in this Court, and in two state courts, as well as in 324 arbitrations. In each case, the plaintiffs allege the same FLSA violations, and in 11 of these cases they assert state law claims as well.

  Plaintiffs successfully persuaded the *Parler* court to conclude that they are not similarly situated by representing that their job duties vary from restaurant to restaurant and are therefore

estopped from proceeding collectively. KFC filed a motion with the Minnesota court on July 20, 2007 arguing that Plaintiffs are estopped from proceeding collectively or as a class. *Ackerman et al. v. KFC Corp.*, 0:07-cv-02656 PJS-JJG, D. Minn. Accordingly, KFC believes that the discovery schedule should be stayed because it is impossible to determine, for example, the number of depositions required or the length of time needed for discovery, until the essential issue of whether Plaintiffs may proceed collectively has been decided. If the Court concurs, promptly after that issue has been resolved, KFC will meet and confer with Plaintiffs' counsel to determine the appropriate discovery plan and schedule.

KFC also disagrees with Plaintiffs' contention that discovery is needed to determine whether Plaintiffs are similarly situated in that they are judicially estopped from proceeding collectively based on their representations in *Parler*. They are not entitled to a second opportunity to conduct costly and intrusive discovery to show otherwise.

KFC also believes that Plaintiffs' proposed schedule is unreasonable. Plaintiffs propose that fact discovery should be completed within approximately six months, with expert reports due months beforehand, the Friday before Christmas Tuesday. Given that 26 other related cases are pending around the country and that it has not been decided if Plaintiffs may bring their claims collectively, KFC considers Plaintiffs' proposed schedule to be unreasonably short. If the Court concurs, promptly after the collective action issue has been resolved, KFC will meet and confer with Plaintiffs' counsel to determine the appropriate schedule for dispositive motions, the exchange of witness lists, and trial.

Should the Court disagree with KFC's position, KFC proposes, in the alternative, that discovery close no earlier than <u>April 8, 2008</u>, that it be <u>permitted 10 depositions per *plaintiff*</u>, and that its expert reports be due no earlier than <u>February 26, 2008</u>.

3.  **Other Items.**

**Other Items Proposed by Plaintiffs.**

    a. Plaintiffs <u>do not request</u> a conference with the court before entry of the scheduling order.

    b. Plaintiff(s) should be allowed until <u>October 29, 2007</u> to join additional parties and until <u>October 29, 2007</u> to amend the pleadings.

    c. Defendant(s) should be allowed until <u>October 29, 2007</u> to join additional parties and until <u>October 29, 2007</u> to amend the pleadings.

    d. All potentially dispositive motions should be filed by <u>March 3, 2008</u>.

    e. All potentially non-dispositive motions should be filed by <u>January 11, 2008</u>.

    f. Settlement <u>is unlikely</u>.

    g. Final lists of witnesses and exhibits under Rule 26(a)(3) should be due

       from plaintiff(s) by <u>March 3, 2008.</u>

       from defendant(s) by <u>March 3, 2008.</u>

    h. Parties should have <u>7</u> days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

    i. The case should be ready for trial by <u>May 1, 2008</u>, at 9:30 a.m. and at this time is expected to take approximately <u>five days</u>.

**Other Items Proposed by Defendant:**

KFC respectfully requests that the Court permit further discussion of the discovery plan in this case at the Rule 16 Scheduling Conference set for this case on August 7, 2007 based on the issues described above in Part 2.

In addition, KFC Corporation disagrees with Plaintiffs' contention that additional time is needed to allow additional parties to join this action, because Plaintiffs are judicially estopped from doing so based on their representations in *Parler*. Therefore, they are not entitled to join additional, concededly dissimilar, parties.

Should the Court disagree with KFC's position, KFC proposes, in the alternative, that it be permitted until December 5, 2007 to amend its pleadings, since engaging in the discovery process may raise new issues or affirmative defenses. Additionally, KFC would propose in the alternative a dispositive motions deadline of April 23, 2008; a non-dispositive motions deadline of April 9, 2008; that final lists of witnesses and exhibits under Rule 26(a)(3) should be due from defendant(s) by February 26, 2008; and that the case should be ready for trial no sooner than June 23, 2008.

KFC agrees that settlement is unlikely.

| OF COUNSEL: | MARTIN & WILSON, PA |
|---|---|
| NICHOLS KASTER & ANDERSON, PLLP | |
| Donald H. Nichols, MN Bar No. 78918* | |
| Paul J. Lukas, MN Bar No. 22084X* | Jeff Martin (DE Bar No. 2407) |
| Michele R. Fisher, MN Bar No. 303069* | Timothy J. Wilson (DE Bar No. 4323) |
| 4600 IDS Center, 80 South 8th Street | 1509 Gilpin Ave. |
| Minneapolis, MN 55402 | Wilmington, DE 19806 |
| Telephone: (612) 256-3200 | Telephone: (302) 777-4681 |
| Fax: (612) 218-4870 | |
| | *ATTORNEYS FOR PLAINTIFFS* |
| *admitted *pro hac vice* | |

Dated: August 2, 2007

OF COUNSEL:

MAYER, BROWN, ROWE & MAW LLP
Robert P. Davis
1909 K Street N.W.
Washington, D.C. 20006
Telephone: (202) 263-3000

Diana L. Hoover
700 Louisiana, Suite 3400
Houston, TX 77002
Telephone: (713) 238-3000

Dated: August 2, 2007

KLEHR, HARRISON, HARVEY,
BRANZBURG & ELLERS LLP

/s/ David S. Eagle
Joanne B. Wills (DE Bar No. 2357)
David S. Eagle (DE Bar No. 3387)
Kelly A. Green (DE Bar No. 4095)
919 Market St., Suite 1000
Wilmington, DE 19801
Telephone: (302) 552-5555

ATTORNEYS FOR DEFENDANT