IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES PRESTIGIACOMO, JACQUELINE CHILCOTE, LATONY A. HINES, and COLLEEN McNEAL, | : : : : |
| Plaintiffs, | : : |
| v. | :   C. A. No. 07-353-*** |
| KFC CORPORATION, | : : : |
| Defendant. | : |

## ORDER

At Wilmington this **7th** day of **August, 2007**.

IT IS ORDERED that the directives provided by the Court as contained in the transcript of the teleconference of August 7, 2007 serves as an Order of the Court in this case. Counsel are directed to file a joint scheduling order on or before **August 14, 2007.** The Court has reserved judgment on defendant's motion for a brief stay.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE