UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES PRESTIGIACOMO, JACQUELINE CHILCOTE, LATONYA HINES, and COLLEEN McNEAL,<br><br>      Plaintiffs,<br><br>v.<br><br>KFC CORPORATION<br><br>      Defendant. | Case No.: 1:07-cv-00353-***<br><br>JURY TRIAL DEMANDED |

### DEFENDANT'S NOTICE OF SERVICE

Please take notice that on this 13th day of August, 2007 I caused to be served copies of Defendant KFC Corporation's Rule 26(a)(1) Disclosures upon counsel listed below in the manner indicated:

**VIA HAND DELIVERY**

Jeff Martin, Esq.
Timothy J. Wilson, Esq.
Martin & Wilson, P.A.
1509 Gilpin Avenue
Wilmington, Delaware 19806

**VIA FIRST-CLASS MAIL**

Donald H. Nichols
Paul J. Lukas
Michele R. Fisher
NICHOLS KASTER & ANDERSON PLLP
4600 IDS Center, 80 South 8th Street
Minneapolis, MN 55402

DEL1 66815-2

Dated: August 13, 2007

KLEHR, HARRISON, HARVEY,
BRANZBURG & ELLERS LLP

*Kelly A Green*
Joanne B. Wills (DE Bar No. 2357)
David S. Eagle (DE Bar No. 3387)
Kelly A. Green (DE Bar No. 4095)
919 Market Street, Suite 1000
Wilmington, DE 19801
(302) 426-1189 (phone)
jwills@klehr.com
deagle@klehr.com
kgreen@klehr.com
*Attorneys for Defendant*

Of Counsel:

MAYER, BROWN, ROWE & MAW LLP
Robert P. Davis
1909 K Street N.W.
Washington, D.C. 20006
Telephone: (202) 263-3000
Fax: (202) 263-3300
rdavis@mayerbrownrowe.com

Diana L. Hoover
700 Louisiana Street
Suite 3400
Houston, TX 77002
Telephone: (713) 238-2628
Fax: (713) 238-4628
dhoover@mayerbrownrowe.com

DEL1 66815-2