IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES PRESTIGIACOMO, JACQUELINE CHILCOTE, LATONYA HINES, and COLLEEN McNEAL, <br><br> Plaintiffs, <br><br> v. <br><br> KFC CORPORATION, <br><br> Defendant. | Case No.: 1:07-cv-00353-*** <br><br> JURY TRIAL DEMANDED |

**MOTION PURSUANT TO LOCAL DISTRICT COURT RULE 83.5(c) FOR ADMISSION OF ROBERT P. DAVIS, ESQUIRE PRO HAC VICE**

Joanne B. Wills (the "Movant"), a member in good standing of the bar of the State of Delaware, an attorney admitted to practice before the United States District Court for the District of Delaware and a partner of the law firm of Klehr, Harrison, Harvey, Branzburg & Ellers LLP, hereby moves this Court to enter an order permitting Robert P. Davis, Esquire of the firm of Mayer, Brown, Rowe & Maw LLP, to practice pro hac vice before this Court to act as co-counsel to Defendant KFC Corporation in the above-captioned action, pursuant to Local District Court Rule 83.5(c). In support of this motion, the Movant respectfully represents as follows:

1. Robert P. Davis is a member in good standing of the Bar of the District of Columbia. He is also admitted in the United States Supreme Court, United States Courts of Appeals for the Fifth, Sixth, Tenth, and District of Columbia Circuits and United States District Courts for the District of Columbia, Colorado and Eastern District of Michigan.

2. Mr. Davis does not reside in Delaware; is not regularly employed in Delaware; and is not regularly engaged in business, professional, or other similar activities in Delaware.

DEL1 66543-1

3. Pursuant to Local District Court Rule 83.5(d), Mr. Davis has become associated with Movant, who is a member of this Court and who maintains an office in the District of Delaware for the regular transaction of business.

4. Pursuant to Local District Court Rule 83.6(i), attached hereto as Exhibit "A" is the certificate of Mr. Davis.

5. Movant respectfully requests that the Court grant this motion so that Mr. Davis can appear and be heard at any hearings with respect to the above-captioned action.

**WHEREFORE**, Movant respectfully requests that the Court enter an order, in the form filed concurrently herewith, permitting Robert P. Davis, Esquire to appear pro hac vice in association with the Movant as co-counsel to KFC Corporation in the above-captioned action, and granting such other further relief as the Court deems just and proper.

Dated: August 14, 2007

KLEHR, HARRISON, HARVEY,
BRANZBURG & ELLERS LLP

By: *Joanne Wills*
Joanne B. Wills (DE Bar No. 2357)
David S. Eagle (DE Bar No. 3387)
Kelly A. Green (DE Bar No. 4095)
919 N. Market Street, Suite 1000
Wilmington, DE 19801
(302) 426-1189

Attorneys for KFC Corporation

-2-

DEL1 66543-1

## EXHIBIT A

The undersigned certifies that he is eligible for admission to this Court as follows:

1. I am a member in good standing of the Bar of the District of Columbia. I am also admitted in the United States Supreme Court, United States Courts of Appeals for the First, Fourth, Fifth, Sixth, Tenth, and District of Columbia Circuits and United States District Courts for the District of Columbia, Colorado and Eastern District of Michigan.

2. I voluntarily submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, the above captioned action, as provided in Local District Court Rule 83.6(i), and have access to, or have acquired, a copy of the Local Rules of this Court and am generally familiar with such rules.

3. In accordance with Standing Order for District Court Fund effective January 1, 2005, I certify that the annual fee of $25.00 will be submitted to the clerk's office upon the filing of this motion.

Robert P. Davis
MAYER, BROWN, ROWE & MAW LLP
1909 K Street N.W.
Washington, D.C. 20006
Telephone: (202) 263-3000

Dated: July 25, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES PRESTIGIACOMO,<br>JACQUELINE CHILCOTE,<br>LATONYA HINES, and COLLEEN McNEAL,<br><br>    Plaintiffs,<br><br>  v.<br><br>KFC CORPORATION,<br><br>    Defendant. | Case No.: 1:07-cv-00353-***<br><br>JURY TRIAL DEMANDED |

**ORDER GRANTING MOTION PURSUANT TO LOCAL
DISTRICT COURT RULE 83.5(c) FOR ADMISSION OF
ROBERT P. DAVIS, ESQUIRE PRO HAC VICE**

Upon the motion of Joanne B. Wills of Klehr, Harrison, Harvey, Branzburg & Ellers LLP (the "Movant"), pursuant to Local District Court Rule 83.5(c), for the admission pro hac vice of Robert P. Davis, Esquire of Mayer, Brown, Rowe & Maw LLP, due and proper notice having been given under the circumstances; and other good cause appearing;

**IT IS HEREBY ORDERED THAT** Robert P. Davis, Esquire is permitted to appear pro hac vice in association with Movant as co-counsel to Defendant KFC Corporation in the above-captioned action.

                         _____
                         United States District Court Judge

Dated: _____

DEL1 66543-1

**CERTIFICATE OF SERVICE**

I, Kelly A. Green, hereby certify that on August 14, 2007, two copies of the foregoing Motion Pursuant to Local District Court Rule 83.5(c) for Admission of Robert P. Davis, Esquire Pro Hac Vice were served upon counsel listed below in the manner indicated:

**VIA E-FILING**

**Jeff Martin, Esq.**
**Timothy J. Wilson, Esq.**
**Martin & Wilson, P.A.**
**1509 Gilpin Avenue**
**Wilmington, Delaware 19806**

*[signature]*
Kelly A. Green (DE Bar No. 4095)

DEL1 66543-1