UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES PRESTIGIACOMO, JACQUELINE CHILCOTE, LATONYA HINES, and COLLEEN McNEAL,<br><br>Plaintiffs,<br><br>v.<br><br>KFC CORPORATION<br><br>Defendant. | Case No.: 1:07-cv-00353-***<br><br>JURY TRIAL DEMANDED |

## STATEMENT PURSUANT TO LOCAL RULE 7.1.1

Undersigned counsel for Defendant hereby affirms that before filing the foregoing Motion to Stay, counsel made a reasonable effort to reach an agreement with Plaintiffs' counsel but was unsuccessful.

Dated: August 22, 2007

KLEHR, HARRISON, HARVEY,
BRANZBURG & ELLERS LLP

/s/
Joanne B. Wills (DE Bar No. 2357)
David S. Eagle (DE Bar No. 3387)
Kelly A. Green (DE Bar No. 4095)
919 Market Street, Suite 1000
Wilmington, DE 19801
(302) 426-1189 (phone)
jwills@klehr.com
deagle@klehr.com
kgreen@klehr.com
*Attorneys for Defendant*

DEL1 62864-2

Of Counsel:

MAYER, BROWN, ROWE & MAW LLP
Robert P. Davis
1909 K Street N.W.
Washington, D.C. 20006
Telephone: (202) 263-3000
Fax: (202) 263-3300
rdavis@mayerbrownrowe.com

Diana L. Hoover
700 Louisiana Street
Suite 3400
Houston, TX 77002
Telephone: (713) 238-2628
Fax: (713) 238-4628
dhoover@mayerbrownrowe.com

2

DEL1 62864-2

## CERTIFICATE OF SERVICE

I hereby certify that I served copies of the foregoing Defendant's Statement Pursuant to Local Rule 7.1.1. upon counsel listed below in the manner indicated:

### VIA ELECTRONIC FILING

Jeff Martin, Esq.
Timothy J. Wilson, Esq.
Martin & Wilson, P.A.
1509 Gilpin Avenue
Wilmington, Delaware 19806

### VIA FIRST-CLASS MAIL

Donald H. Nichols
Paul J. Lukas
Michele R. Fisher
NICHOLS KASTER & ANDERSON PLLP
4600 IDS Center, 80 South 8th Street
Minneapolis, MN  55402

Dated: August 22, 2007

*Kelly A. Green*
Kelly A. Green (DE Bar No. 4095)

DEL1 62864-2