UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES PRESTIGIACOMO, JACQUELINE CHILCOTE, LATONYA HINES, and COLLEEN McNEAL, <br><br> Plaintiffs, <br><br> v. <br><br> KFC CORPORATION <br><br> Defendant. | Case No.: 1:07-cv-00353-*** <br><br> JURY TRIAL DEMANDED |

### Defendant's Motion to Stay Proceedings Pending a Decision by the Judicial Panel for Multidistrict Litigation

Defendant KFC Corporation respectfully submits this motion to stay all proceedings in this action pending a transfer decision by the Judicial Panel on Multidistrict Litigation ("the Panel"), pursuant to 28 U.S.C. § 1407. In support of this motion, Defendant states as follows:

1. This action was filed on June 5, 2007, and is one of 28 actions alleging that KFC had violated the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.*, by failing to pay overtime to Assistant Unit Managers ("AUMs") at its restaurants. All 28 actions were brought by the same Plaintiffs' counsel, allege the same FLSA violations, and share virtually identical questions of law and fact.

2. The Plaintiffs in this action were part of a group of KFC AUMs who commenced a nationwide putative collective action in the United States District Court for the District of Minnesota in 2005. Parler v. KFC Corp., Civ. No. 05-2198-PJS-JJG, D. Minn. The Parler action was decertified on Plaintiffs' request.

3. KFC filed a motion before the Judicial Panel on Multidistrict Litigation ("the Panel") on August 21, 2007, asking the Panel to transfer all 28 pending cases to the United States District Court for the District of Minnesota to coordinate pre-trial proceedings. The District of Minnesota is the only district where more than one action is pending and the court there has presided over the original <u>Parler</u> action.

4. It is anticipated that the Defendant's Motion for Transfer of Actions will be considered by the Multidistrict Panel no later than November, 2007.

5. This Court should stay all proceedings in this action pending a decision by the Panel. A stay would save both KFC and Plaintiffs the hardship of litigating the identical estoppel issue in multiple jurisdictions, litigating other identical legal issues in multiple jurisdictions, and conducting virtually identical discovery in multiple jurisdictions. Moreover, a stay would conserve judicial resources because it would avoid requiring this Court to spend its time and energy becoming familiar with the facts, procedural history and claims that the transferee court may consider, and eliminate duplicative hearings and motions.

6. KFC is filing similar stay motions in all of the cases it is asking to be transferred for pretrial proceedings under 28 U.S.C. § 1407.

For these reasons, and as explained in Defendant's Memorandum, this Court should stay all deadlines and proceedings in this matter until the Panel decides whether to consolidate and transfer this matter to a single district for coordinated pretrial proceedings.

Dated: August 22, 2007

KLEHR, HARRISON, HARVEY,
BRANZBURG & ELLERS LLP

*[signature]*

Joanne B. Wills (DE Bar No. 2357)
David S. Eagle (DE Bar No. 3387)
Kelly A. Green (DE Bar No. 4095)
919 Market Street, Suite 1000
Wilmington, DE 19801
(302) 426-1189 (phone)
jwills@klehr.com
deagle@klehr.com
kgreen@klehr.com
*Attorneys for Defendant*

Of Counsel:

MAYER, BROWN, ROWE & MAW LLP
Robert P. Davis
1909 K Street N.W.
Washington, D.C. 20006
Telephone: (202) 263-3000
Fax: (202) 263-3300
rdavis@mayerbrownrowe.com

Diana L. Hoover
700 Louisiana Street
Suite 3400
Houston, TX 77002
Telephone: (713) 238-2628
Fax: (713) 238-4628
dhoover@mayerbrownrowe.com

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES PRESTIGIACOMO, JACQUELINE CHILCOTE, LATONYA HINES, and COLLEEN McNEAL, <br><br> Plaintiffs, <br><br> v. <br><br> KFC CORPORATION, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No.: 1:07-cv-00353-*** <br><br> <u>JURY TRIAL DEMANDED</u> |

<u>ORDER</u>

**AND NOW,** this      day of           2007, upon consideration of the Defendant's Motion to Stay Proceedings Pending a Decision by the Judicial Panel for Multidistrict Litigation, it is hereby **ORDERED** that Defendant's Motion is **GRANTED** and that all proceedings are hereby **STAYED** until further order of the Court.

**IT IS SO ORDERED.**

_____
MAGISTRATE JUDGE THYNGE

DEL1 66878-1

# CERTIFICATE OF SERVICE

I hereby certify that I served copies of the foregoing Defendant's Motion to Stay Proceedings Pending a Decision by the Judicial Panel for Multidistrict Litigation and Order upon counsel listed below in the manner indicated:

### VIA ELECTRONIC FILING

Jeff Martin, Esq.
Timothy J. Wilson, Esq.
Martin & Wilson, P.A.
1509 Gilpin Avenue
Wilmington, Delaware 19806

### VIA FIRST-CLASS MAIL

Donald H. Nichols
Paul J. Lukas
Michele R. Fisher
NICHOLS KASTER & ANDERSON PLLP
4600 IDS Center, 80 South 8th Street
Minneapolis, MN 55402

Dated: August 22, 2007

*Kelly A. Green*
Kelly A. Green (DE Bar No. 4095)

DEL1 66875-1