IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES PRESTIGIACOMO, JACQUELINE CHILCOTE, LATONYA HINES, and COLLEEN MCNEAL,<br><br>        Plaintiffs,<br><br>vs.<br><br>KFC Corporation,<br><br>        Defendant. | Case No.: 07-353-*** |

## NOTICE OF NAME CHANGE

Please take notice that, effective September 1, 2007, the name of Defendant's co-counsel MAYER, BROWN, ROWE & MAW LLP will change to:

MAYER BROWN LLP

The office address remains:

1909 K. Street, N.W.
Washington, D.C. 20006
(202) 263-3000
(202) 263-3300 (fax)

Co-counsel's email addresses will change from mayerbrownrowe.com to mayerbrown.com.

Kindly use the new firm name in all pleadings, correspondence, and other documents after August 31, 2007.

DEL1 66928-1

September 4, 2007

/s/ Kelly A. Green
KLEHR, HARRISON, HARVEY,
BRANZBURG & ELLERS LLP

Joanne B. Wills (DE Bar No. 2357)
David S. Eagle (DE Bar No. 3387)
Kelly A. Green (DE Bar No. 4095)
919 Market Street, Suite 1000
Wilmington, DE 19801
(302) 426-1189 (phone)
jwills@klehr.com
deagle@klehr.com
kgreen@klerh.com
*Attorneys for Defendant*

*Of Counsel*
Robert P. Davis
MAYER BROWN LLP
1909 K Street, N.W.
Washington, D.C. 20006-1101
(202) 263-3000 (phone)
rdavis@mayerbrown.com

Diana L. Hoover
MAYER BROWN LLP
700 Louisiana Street, Suite, 3400
Houston, Texas 77002
713.238.3000 (phone)
dhoover@mayerbrown.com

DEL1 66928-1

# CERTIFICATE OF SERVICE

I hereby certify that I served copies of the foregoing Notice of Name Change upon counsel listed below in the manner indicated:

### VIA ELECTRONIC FILING

Jeff Martin, Esq.
Timothy J. Wilson, Esq.
Martin & Wilson, P.A.
1509 Gilpin Avenue
Wilmington, Delaware 19806

Donald H. Nichols
Paul J. Lukas
Michele R. Fisher
NICHOLS KASTER & ANDERSON PLLP
4600 IDS Center, 80 South 8th Street
Minneapolis, MN 55402

Dated: September 4, 2007

/s/ Kelly A. Green
Kelly A. Green (DE Bar No. 4095)

DEL1 66928-1