IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES PRESTIGIACOMO, JACQUELINE CHILCOTE, LATONYA HINES, and COLLEEN MCNEAL,<br><br>    Plaintiffs,<br><br>vs.<br><br>KFC Corporation,<br><br>    Defendant. | Case No.: 07-353-*** |

## NOTICE OF SERVICE

I, Kelly A. Green, certify that on September 4, 2007, copies of Defendant's Responses to Plaintiffs' Requests for Production of Documents, Set I, Defendant's Responses to Plaintiffs' Requests for Admission and Defendant's Responses to Plaintiffs' Interrogatories, Set I were served on the following counsel of record in the manner indicated:

### VIA ELECTRONIC MAIL

Jeff Martin, Esq.
Timothy J. Wilson, Esq.
Martin & Wilson, P.A.
1509 Gilpin Avenue
Wilmington, Delaware 19806

Donald H. Nichols
Paul J. Lukas
Michele R. Fisher
NICHOLS KASTER & ANDERSON PLLP
4600 IDS Center,
80 South 8th Street
Minneapolis, MN 55402

DEL1 66937-1

Dated: September 5, 2007

| | |
|---|---|
| Of Counsel:<br><br>MAYER BROWN LLP<br>Robert P. Davis<br>1909 K Street N.W.<br>Washington, D.C. 20006<br>Telephone: (202) 263-3000<br>Fax: (202) 263-3300<br>rdavis@mayerbrown.com<br><br>MAYER BROWN LLP<br>Diana L. Hoover<br>700 Louisiana Street<br>Suite 3400<br>Houston, TX 77002<br>Telephone: (713) 238-2628<br>Fax: (713) 238-4628<br>dhoover@mayerbrown.com | KLEHR, HARRISON, HARVEY,<br>BRANZBURG & ELLERS LLP<br><br>/s/ Kelly A. Green<br>Joanne B. Wills (DE Bar No. 2357)<br>David S. Eagle (DE Bar No. 3387)<br>Kelly A. Green (DE Bar No. 4095)<br>919 Market Street, Suite 1000<br>Wilmington, DE 19801<br>(302) 426-1189 (phone)<br>jwills@klehr.com<br>deagle@klehr.com<br>kgreen@klehr.com<br>*Attorneys for Defendant* |

DEL1 66937-1