# KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS LLP
### ATTORNEYS AT LAW

**KELLY A. GREEN**
Direct Dial: (302) 552-5510
e-mail: kgreen@klehr

919 MARKET STREET
SUITE 1000
WILMINGTON, DELAWARE 19801-3062

(302) 426-1189
FAX (302) 426-9193

www.klehr.com

**New Jersey Office**
457 Haddonfield Road
Suite 510
Cherry Hill, New Jersey 08002-2220
(856) 486-7900

**Philadelphia Office**
260 South Broad Street
Philadelphia, Pennsylvania 19102-5003
(215) 568-6060

**September 12, 2007**

**VIA ELECTRONIC FILING AND HAND DELIVERY**

Magistrate Judge Mary Pat Thynge
United States District Court for the District of Delaware
844 King Street
Room 6100, Lock Box 8
Wilmington, DE 19801

    Re: *James Prestigiacomo et al. v. KFC Corporation,*
          **Civil Action No. 07-353**

Dear Magistrate Judge Thynge:

    Pursuant to Local Rule 7.1.4, KFC respectfully requests oral argument on KFC's Motion to Stay Pending a Transfer Decision by the Judicial Panel on Multidistrict Litigation at the Court's earliest convenience.

    If Your Honor has any questions concerning this matter, we are available at the Court's convenience.

                            Respectfully,

                            Kelly A. Green (DE Bar # 4095)

KAG/spd

cc: Clerk of the Court (via e-filing & hand delivery)
     Counsel of Record (via e-filing)

DEL1 66962-1