IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES PRESTIGIACOMO, JACQUELINE CHILCOTE, LATONYA HINES, and COLLEEN MCNEAL,<br><br>Plaintiffs,<br><br>vs.<br><br>KFC Corporation,<br><br>Defendant. | Case No.: 07-353 |

**Notice of Service**

I, Michele R. Fisher, certify that on August 1, 2007, copies of Plaintiffs' Interrogatories to Defendant, Set I, Plaintiffs' Request for Admission to Defendant, and Plaintiffs' Requests for Production of Documents, Set I were served via email on the following:

> Robert Varnell
> Robert Davis
> Mayer Brown Rowe & Maw, LLP
> 1909 K Street, NW, Suite 1200
> Washington, D.C. 20006-1157.

**Dated: August 1, 2007**                    **NICHOLS KASTER & ANDERSON, PLLP**

s/ Michele R. Fisher
Michele R. Fisher
Nichols Kaster & Anderson
4600 IDS Center, 80 S. 8th St.
Minneapolis, Minnesota 55402
Telephone: (612) 256-3200
Email: fisher@nka.com

1