IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES PRESTIGIACOMO, JACQUELINE CHILCOTE, LATONYA HINES, and COLLEEN MCNEAL,<br><br>    Plaintiffs,<br><br>vs.<br><br>KFC Corporation,<br><br>    Defendant. | Case No.: 07-353-***<br><br>Jury Trial Demanded |

## NOTICE OF TRANSFER OF ACTION

Please take notice that, on January 3, 2008, the Judicial Panel on Multidistrict Litigation issued an order transferring the above-titled action to the District of Minnesota for coordinated or consolidated pretrial proceedings. Pursuant to the Rules of Procedure of the Judicial Panel on Multidistrict Litigation under 28 U.S.C. § 1047, this Court will receive a certified copy of the transfer order from the clerk of the District of Minnesota for purposes of effectuating the transfer of files to that District. For the convenience of the Court, a copy of the transfer order is being submitted along with this Notice.

Dated: January 4, 2008

/s/ Kelly A. Green
KLEHR, HARRISON, HARVEY,
BRANZBURG & ELLERS LLP
Joanne B. Wills (DE Bar No. 2357)
David S. Eagle (DE Bar No. 3387)
Kelly A. Green (DE Bar No. 4095)
919 Market Street, Suite 1000
Wilmington, DE 19801
(302) 426-1189 (phone)
jwills@klehr.com
deagle@klehr.com
kgreen@klehr.com
*Attorneys for Defendant*

DEL1 67556-1

*Of Counsel*
Robert P. Davis
MAYER BROWN LLP
1909 K Street, N.W.
Washington, D.C. 20006-1101
(202) 263-3000 (phone)
rdavis@mayerbrown.com

Diana L. Hoover
MAYER BROWN LLP
700 Louisiana Street, Suite 3400
Houston, Texas 77002
(713) 238-3000 (phone)
dhoover@mayerbrown.com

DEL1 67556-1

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Jan 03, 2008

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: KFC CORP. FAIR LABOR
STANDARDS ACT LITIGATION

MDL No. 1892

### TRANSFER ORDER

**Before the entire Panel**[*]: Common defendant KFC Corp. (KFC) has moved, pursuant to 28 U.S.C. § 1407, for coordinated or consolidated pretrial proceedings of this litigation in the District of Minnesota. Plaintiffs in all actions oppose the motion.

This litigation currently consists of 28 actions listed on Schedule A and pending in 27 districts as follows: two actions in the District of Minnesota and one action each in 26 other districts throughout the nation.

After considering all argument of counsel, we find that these 28 actions involve common questions of fact, and that centralization under Section 1407 in the District of Minnesota will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. All actions share factual questions arising out of similar allegations that KFC assistant unit managers are entitled to overtime compensation under the Fair Labor Standards Act (FLSA), 29 U.S.C. § 201, *et seq.*, and analogous state laws. Centralization under Section 1407 will eliminate duplicative discovery; prevent inconsistent pretrial rulings, including those with respect to certification of collective and class actions; and conserve the resources of the parties, their counsel and the judiciary.

Objecting plaintiffs assert that centralization under Section 1407 is unnecessary because, *inter alia*, most of the discovery required in the actions has already been completed. We respectfully disagree. Discovery and motion practice with respect to the common factual questions regarding the propriety of KFC's employment practices and compliance with the FLSA and related state laws remains. Centralization under Section 1407 has the salutary effect of placing all actions in this docket before a single judge who can formulate a pretrial program that ensures streamlined resolution of all actions to the overall benefit of the parties and the judiciary.

We are persuaded that the District of Minnesota is an appropriate transferee forum for this litigation. All actions now before the Panel arise from the decertification of a conditionally certified nationwide collective action filed in the District of Minnesota *Parler* action, which has been pending

---

[*] Judges Motz and Scirica did not participate in the disposition of this matter.

-2-

for over two years.

  IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, the actions listed on Schedule A and pending outside the District of Minnesota are transferred to the District of Minnesota and, with the consent of that court, assigned to the Honorable David S. Doty for coordinated or consolidated pretrial proceedings with the actions pending there and listed on Schedule A.

PANEL ON MULTIDISTRICT LITIGATION

_____
John G. Heyburn II
Chairman

| | |
|---|---|
| D. Lowell Jensen | J. Frederick Motz* |
| Robert L. Miller, Jr. | Kathryn H. Vratil |
| David R. Hansen | Anthony J. Scirica* |

IN RE: KFC CORP. FAIR LABOR STANDARDS
ACT LITIGATION                                                       MDL No. 1892

## SCHEDULE A

### Middle District of Alabama

Victoria Poole, et al. v. KFC Corp., C.A. No. 2:07-502

### District of Arizona

Linda Alberico Pelland, et al. v. KFC Corp., C.A. No. 2:07-1110

### District of Connecticut

Armando Amador v. KFC Corp., C.A. No. 3:07-883

### District of Delaware

James Prestigiacomo, et al. v. KFC Corp., C.A. No. 1:07-353

### District of District of Columbia

Gloria Bell, et al. v. KFC Corp., C.A. No. 1:07-1016

### Middle District of Florida

Mark Bourlotos, et al. v. KFC Corp., C.A. No. 8:07-968

### Northern District of Georgia

Constance Wilson, et al. v. KFC Corp., C.A. No. 1:07-1538

### Northern District of Illinois

Talia Pippion, et al. v. KFC Corp., C.A. No. 1:07-3957

### Southern District of Indiana

Vickie Aldridge, et al. v. KFC Corp., C.A. No. 4:07-77

### Western District of Kentucky

Karen Black, et al. v. KFC Corp., C.A. No. 3:07-312

- A2 -

**MDL No. 1892 Schedule A (Continued)**

        <u>Middle District of Louisiana</u>

Tanya Ford, et al. v. KFC Corp., C.A. No. 3:07-390

        <u>District of Maryland</u>

Gloria Dozier, et al. v. KFC Corp., C.A. No. 8:07-1517

        <u>District of Massachusetts</u>

Francisco Anacleto, et al. v. KFC Corp., C.A. No. 1:07-11066

        <u>Eastern District of Michigan</u>

Minnie Ballard, et al. v. KFC Corp., C.A. No. 2:07-12538

        <u>District of Minnesota</u>

Christian Parler, et al. v. KFC Corp., C.A. No. 0:05-2198
Ray Ackerman, et al. v. KFC Corp., C.A. No. 0:07-2656

        <u>Western District of Missouri</u>

Jason Johnson v. KFC Corp., C.A. No. 4:07-416

        <u>District of Nevada</u>

Arturo Neyra, et al. v. KFC Corp., C.A. No. 2:07-795

        <u>District of New Jersey</u>

Robert Gruber, et al. v. KFC Corp., C.A. No. 1:07-2775

        <u>Southern District of New York</u>

David Thames, et al. v. KFC Corp., C.A. No. 1:07-6836

        <u>Western District of North Carolina</u>

Nikkia Barkley, et al. v. KFC Corp., C.A. No. 3:07-226

- A3 -

**MDL No. 1892 Schedule A (Continued)**

    <u>Southern District of Ohio</u>

Thomas Wellman, et al. v. KFC Corp., C.A. No. 1:07-439

    <u>Western District of Oklahoma</u>

Grahm Baccus, et al. v. KFC Corp., C.A. No. 5:07-648

    <u>Eastern District of Pennsylvania</u>

Troy Williams, et al. v. KFC Corp., C.A. No. 2:07-2920

    <u>Eastern District of Tennessee</u>

Kimberlee Bosworth v. KFC Corp., C.A. No. 1:07-131

    <u>Western District of Texas</u>

Claudio Hernandez, et al. v. KFC Corp., C.A. No. 3:07-201

    <u>Eastern District of Virginia</u>

Sebrina Dandrige, et al. v. KFC Corp., et al., C.A. No. 3:07-332

    <u>Northern District of West Virginia</u>

Hope Jones, et al. v. KFC Corp., C.A. No. 3:07-74

# CERTIFICATE OF SERVICE

I, Kelly A. Green, do hereby certify that I have on January 4, 2008, caused true and correct copies of the foregoing to be filed with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to the following:

>Jeff Martin, Esq.
>Timothy J. Wilson, Esq.
>Martin & Wilson, P.A.
>1509 Gilpin Avenue
>Wilmington, Delaware 19806

>Donald H. Nichols
>Paul J. Lukas
>Michele R. Fisher
>NICHOLS KASTER & ANDERSON PLLP
>4600 IDS Center, 80 South 8th Street
>Minneapolis, MN 55402

>/s/ Kelly A. Green
>Kelly A. Green (DE Bar No. 4095)