# United States District Court
## District of Minnesota

Office Of The Clerk
300 S. Fourth St., Room 202
Minneapolis, MN 55415

RICHARD D SLETTEN, CLERK
(612) 664-5000



January 11, 2008

Mr. Peter T. Dalleo, Clerk
United States District Court
4209 J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801-3519

In re: MDL-1892 -- In re: KFC Corp. Fair Labor Standards Act Litigation
YOUR CASE NUMBER: C.A. No.1:07-353 Prestigiacomo, et al. v. KFC Corp.
DISTRICT OF MINNESOTA CASE NUMBER: 08cv99 DSD/JJG

Dear Clerk:

An certified copy of transfer order of the Judicial Panel on Multidistrict Litigation under 28 U.S.C. §1407 was received and filed in this district on January 3, 2008. Enclosed is a certified copy of that order directing the transfer of your civil case to the District of Minnesota. The cases are assigned to Judge David S. Doty and Magistrate Judge Jeanne J. Graham for coordinated or consolidated pretrial proceedings. Please reference the case number assigned in this court on all correspondence or communications.

Please forward a certified copy of the docket sheet for the case listed above together with a received stamped copy of this letter to: Clerk, U. S. District Court, 300 S. Fourth Street, Room 202, Minneapolis, MN 55415. Communications regarding these actions should be directed to Ms. Mary Kaye Conery or Ms. Lou Jean Gleason at (612) 664-5000. Should you have any questions please do not hesitate to call.

Very truly yours,

RICHARD D. SLETTEN, CLERK

Jackie Ellingson, Deputy Clerk

Enclosure

cc: Judge David S. Doty
Judicial Panel on Multidistrict Litigation

A CERTIFIED TRUE COPY
ATTEST
By April Layne on Jan 03, 2008

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Jan 03, 2008

FILED
CLERK'S OFFICE

IN RE: KFC CORP. FAIR LABOR
STANDARDS ACT LITIGATION

MDL No. 1892

### TRANSFER ORDER

**Before the entire Panel**[*]: Common defendant KFC Corp. (KFC) has moved, pursuant to 28 U.S.C. § 1407, for coordinated or consolidated pretrial proceedings of this litigation in the District of Minnesota. Plaintiffs in all actions oppose the motion.

This litigation currently consists of 28 actions listed on Schedule A and pending in 27 districts as follows: two actions in the District of Minnesota and one action each in 26 other districts throughout the nation.

After considering all argument of counsel, we find that these 28 actions involve common questions of fact, and that centralization under Section 1407 in the District of Minnesota will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. All actions share factual questions arising out of similar allegations that KFC assistant unit managers are entitled to overtime compensation under the Fair Labor Standards Act (FLSA), 29 U.S.C. § 201, *et seq.*, and analogous state laws. Centralization under Section 1407 will eliminate duplicative discovery; prevent inconsistent pretrial rulings, including those with respect to certification of collective and class actions; and conserve the resources of the parties, their counsel and the judiciary.

Objecting plaintiffs assert that centralization under Section 1407 is unnecessary because, *inter alia*, most of the discovery required in the actions has already been completed. We respectfully disagree. Discovery and motion practice with respect to the common factual questions regarding the propriety of KFC's employment practices and compliance with the FLSA and related state laws remains. Centralization under Section 1407 has the salutary effect of placing all actions in this docket before a single judge who can formulate a pretrial program that ensures streamlined resolution of all actions to the overall benefit of the parties and the judiciary.

We are persuaded that the District of Minnesota is an appropriate transferee forum for this litigation. All actions now before the Panel arise from the decertification of a conditionally certified nationwide collective action filed in the District of Minnesota *Parler* action, which has been pending

---

[*] Judges Motz and Scirica did not participate in the disposition of this matter.

-2-

for over two years.

  IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, the actions listed on Schedule A and pending outside the District of Minnesota are transferred to the District of Minnesota and, with the consent of that court, assigned to the Honorable David S. Doty for coordinated or consolidated pretrial proceedings with the actions pending there and listed on Schedule A.

          PANEL ON MULTIDISTRICT LITIGATION

          _____
           John G. Heyburn II
            Chairman

D. Lowell Jensen      J. Frederick Motz[*]
Robert L. Miller, Jr.     Kathryn H. Vratil
David R. Hansen      Anthony J. Scirica[*]

IN RE: KFC CORP. FAIR LABOR STANDARDS
ACT LITIGATION                                    MDL No. 1892

## SCHEDULE A

<u>Middle District of Alabama</u>

Victoria Poole, et al. v. KFC Corp., C.A. No. 2:07-502

<u>District of Arizona</u>

Linda Alberico Pelland, et al. v. KFC Corp., C.A. No. 2:07-1110

<u>District of Connecticut</u>

Armando Amador v. KFC Corp., C.A. No. 3:07-883

<u>District of Delaware</u>

James Prestigiacomo, et al. v. KFC Corp., C.A. No. 1:07-353

<u>District of District of Columbia</u>

Gloria Bell, et al. v. KFC Corp., C.A. No. 1:07-1016

<u>Middle District of Florida</u>

Mark Bourlotos, et al. v. KFC Corp., C.A. No. 8:07-968

<u>Northern District of Georgia</u>

Constance Wilson, et al. v. KFC Corp., C.A. No. 1:07-1538

<u>Northern District of Illinois</u>

Talia Pippion, et al. v. KFC Corp., C.A. No. 1:07-3957

<u>Southern District of Indiana</u>

Vickie Aldridge, et al. v. KFC Corp., C.A. No. 4:07-77

<u>Western District of Kentucky</u>

Karen Black, et al. v. KFC Corp., C.A. No. 3:07-312

- A2 -

**MDL No. 1892 Schedule A (Continued)**

### Middle District of Louisiana

Tanya Ford, et al. v. KFC Corp., C.A. No. 3:07-390

### District of Maryland

Gloria Dozier, et al. v. KFC Corp., C.A. No. 8:07-1517

### District of Massachusetts

Francisco Anacleto, et al. v. KFC Corp., C.A. No. 1:07-11066

### Eastern District of Michigan

Minnie Ballard, et al. v. KFC Corp., C.A. No. 2:07-12538

### District of Minnesota

Christian Parler, et al. v. KFC Corp., C.A. No. 0:05-2198
Ray Ackerman, et al. v. KFC Corp., C.A. No. 0:07-2656

### Western District of Missouri

Jason Johnson v. KFC Corp., C.A. No. 4:07-416

### District of Nevada

Arturo Neyra, et al. v. KFC Corp., C.A. No. 2:07-795

### District of New Jersey

Robert Gruber, et al. v. KFC Corp., C.A. No. 1:07-2775

### Southern District of New York

David Thames, et al. v. KFC Corp., C.A. No. 1:07-6836

### Western District of North Carolina

Nikkia Barkley, et al. v. KFC Corp., C.A. No. 3:07-226

- A3 -

**MDL No. 1892 Schedule A (Continued)**

    <u>Southern District of Ohio</u>

Thomas Wellman, et al. v. KFC Corp., C.A. No. 1:07-439

    <u>Western District of Oklahoma</u>

Grahm Baccus, et al. v. KFC Corp., C.A. No. 5:07-648

    <u>Eastern District of Pennsylvania</u>

Troy Williams, et al. v. KFC Corp., C.A. No. 2:07-2920

    <u>Eastern District of Tennessee</u>

Kimberlee Bosworth v. KFC Corp., C.A. No. 1:07-131

    <u>Western District of Texas</u>

Claudio Hernandez, et al. v. KFC Corp., C.A. No. 3:07-201

    <u>Eastern District of Virginia</u>

Sebrina Dandrige, et al. v. KFC Corp., et al., C.A. No. 3:07-332

    <u>Northern District of West Virginia</u>

Hope Jones, et al. v. KFC Corp., C.A. No. 3:07-74

Mr. Peter T. Dalleo, Clerk
United States District Court
4209 J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801-3519