OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

January 23, 2008

Clerk, U.S. District Court
300 S. Fourth Street
Room 202
Minneapolis, MN 55415

    RE:    MDL-1892 – In re: KFC Corp. Fair Labor Standards Act Litigation
                DISTRICT OF MINNESOTA CASE NUMBER: 08cv99 DSD/JJG
                D. DEL. Case No. 07-353 Prestigiacomo v. KFC Corp.

Dear Clerk:

    Pursuant to an order transferring the above captioned case to your Court, enclosed please find the following items:

    (X) Certified copy of the docket sheet; file stamped copy of 1/11/08 letter
    ( )   Certified copy of the Order of Transfer;
    ( )   Original case file documents (if applicable);

    Please note that the electronic case filings can be accessed through PACER by selecting the CM/ECF link on our web site at www.ded.uscourts.gov.

    Please acknowledge receipt of the above items on the attached copy of this letter.

                Sincerely,

                Peter T. Dalleo, Clerk of Court

                By: _____
                          Deputy Clerk

Enc.