IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAMES PRESTIGIACOMO, JACQUELINE CHILCOTE, LATONY A. HINES, and COLLEEN McNEAL, | : : : : | |
| Plaintiffs, | : : | |
| v. | : : | C. A. No. 07-353-*** |
| KFC CORPORATION, | : : | |
| Defendant. | : | |

## MODIFIED SCHEDULING ORDER

At Wilmington this **5th** day of **March, 2008**.

IT IS ORDERED that the status conference scheduled for Thursday, April 6, 2008 at 4:00 p.m. is cancelled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE